UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ANGEL MESIAS INAMAGUA MOLINA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-02689-RRS-JPM |
| | ) | |
| WARDEN, WINN CORRECTIONAL CENTER, ET AL, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on Petitioner's Motion to Withdraw Habeas Corpus Petition. Because good cause exists for this request, it is appropriate to Dismiss the Present Petition without Prejudice. Accordingly, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that present Petition of Petitioner for Writ of Habeas Corpus be Dismissed without prejudice.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 9th day of September, 2026.

Lafayette, Louisiana

United States District Judge